1    WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Howard Cochran,                          No.  CV 11-1365-PHX-RCB

10                        Plaintiff,

11        vs.                                       **O R D E R**

12   Sudha Rao,

13                        Defendant.

14

15        Pending before the Court is a Motion for Reconsideration.  (Doc. 69.)  The Court

16   will deny the Motion and direct Plaintiff to file his request with the United States Court

17   of Appeals for the Ninth Circuit.

18   **I.    Background**

19        Plaintiff filed a civil rights action and First and Second Amended Complaints.

20   (Docs. 1, 7, 9.)   On March 26, 2013, the Court granted Defendant summary judgment,

21   denied Plaintiff summary judgment, and entered an Order of dismissal.  (Docs. 62, 63.)

22   On April 4, 2013, Plaintiff filed a Notice of Appeal.  (Doc. 64.)  On April 11, 2013, the

23   Ninth Circuit Court of Appeals provided Plaintiff an authorization to be completed within

24   21 days, with instructions that if Plaintiff/Appellant did not comply with the Order, the

25   appeal could be dismissed.  (Doc. 67.)  On May 14, 2013, the Court of Appeals issued its

26   mandate dismissing the appeal.  (Doc. 68.)

27

28

On May 23, 2013, Plaintiff filed his Motion for Reconsideration stating that he "never received the info[rmation] for which Plaintiff['s] case was dismiss[ed].  Plaintiff received a[n] incomplete order.  Plaintiff never received a prisoner authoriza[tion] form." Plaintiff asks the Court for an opportunity to receive the information and to comply with the Order.  (Doc. 69.)

Although this motion was docketed as a Motion for Reconsideration of the Order of this Court on summary judgment, it appears from the timing of events and the contents of the Motion that Plaintiff is actually seeking relief from the Mandate from the Ninth Circuit.  This Court is without authority to grant Plaintiff the relief that he appears to seek.  Plaintiff should direct his request to the United States Court of Appeals for the Ninth Circuit.  The Court will direct the Clerk of Court to provide Plaintiff with copies of the relevant Order and Mandate.

**IT IS ORDERED:**

(1)    The reference to the Magistrate is **withdrawn** as to the Motion for Reconsideration (Doc. 69).

(2)    The Motion for Reconsideration (Doc. 69) is **denied without prejudice**.

(3)    The Clerk of Court must correct the docket entry to reflect that the Motion for Reconsideration is for reconsideration of the Order and Mandate from the United States Court of Appeals for the Ninth Circuit (Docs. 67, 68).

(4)    The Clerk of Court must provide Plaintiff with copies of the Order and Mandate (Docs. 67, 68).

DATED this 30th day of May, 2013.

_____
Robert C. Broomfield
Senior United States District Judge